# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

132974(24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHESTER PATTERSON,
      Defendant-Appellant.

SC: 132974
COA: 274219
Kent CC: 71-014614

_____/

On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

p0830